**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| STACY L. LEITCH, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:19-cv-235 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| WALMART, INC., | : | |
| | : | |
| Defendant. | : | |

___

### ENTRY OF DISMISSAL WITH PREJUDICE
___

On October 25, 2021, the parties jointly filed an "Entry of Dismissal with Prejudice" (Doc. No. 29), which the Court interprets as a stipulation of dismissal signed by all parties who have appeared, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In accordance with that filing, all matters in controversy having been resolved, the above-captioned case is dismissed with prejudice, with costs to the Defendant.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, October 26, 2021.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1